Opinion filed February 2,
2012

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-12-00016-CV

                                                    __________

 

      HARRY WITHERSPOON
AND DIAN WITHERSPOON, Appellants

 

                                                          
V.

 

                                                 
ID, INC., Appellee



 

                                    On
Appeal from the 35th District Court

                                                           Brown
County, Texas

                                                 Trial
Court Cause No. CV0807225

 



 

                                            M
E M O R A N D U M    O P I N I O N

            Harry
Witherspoon and Dian Witherspoon are the appellants in this appeal.  They have filed
a motion to dismiss the appeal pursuant to Tex.
R. App. P. 42.1(a)(1).  In the motion, appellants state that “there is
no reason to proceed with the appeal.”  Therefore, in accordance with appellants’
request, we dismiss the appeal. 

The
motion to dismiss is granted, and the appeal is dismissed. 

 

                                                                                                PER
CURIAM

 

February 2, 2012

Panel consists of: Wright, C.J.,

McCall, J., and Kalenak, J.